IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | No. C 07-5197 MJJ (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CHRISTOPHER BRIDGES, a.k.a. LUDACRIS, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner proceeding pro se, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983 against the musician Christopher Bridges, a.k.a. Ludacris, and two music companies that publish his music.

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988). To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42, 48 (1988).

Sections 1915A and 1915(e)(2) accord judges the unusual power to pierce the veil of

G:\PRO-SE\MJJ\CR.07\riches7.dsm.wpd

1  the complaint's factual allegations and dismiss as frivolous those claims whose factual
2  contentions are clearly baseless.  See Denton v. Hernandez, 504 U.S. 25, 32 (1992).
3  Examples are claims describing fantastic or delusional scenarios with which federal district
4  judges are all too familiar.  See Neitzke v. Williams, 490 U.S. 319, 328 (1989).  To pierce the
5  veil of the complaint's factual allegations means that a court is not bound, as it usually is
6  when making a determination based solely on the pleadings, to accept without question the
7  truth of the plaintiff's allegations.  See Denton, 504 U.S. at 32.  A finding of factual
8  frivolousness is appropriate when the facts alleged rise to the level of the irrational or the
9  wholly incredible, whether or not there are judicially noticeable facts available to contradict
10 them.  See id. at 32-33.

11     Plaintiff alleges defendants have placed a song he wrote on one of their albums, that
12 defendant Bridges has plans with NASA to do a concert on the moon using his songs, "have
13 been harassing my life trying to force me to take steroids so I can be the best and biggest
14 softball player in prison."  He alleges they want him to smuggle steroids into the prison via
15 "a BALCO remote control glider" and to inject other inmates in exchange for stamps.  He
16 further alleges that defendant Conte helped build the atom bomb and wants to "turn the
17 atmosphere into a steroid."  As plaintiff's allegations are clearly baseless, irrational and
18 wholly incredible, the complaint will be dismissed as frivolous under sections 1915A and
19 1915(e)(2).

20     For the foregoing reasons, this action is DISMISSED.
21     The Clerk shall close the file.
22     IT IS SO ORDERED.
23 DATED:   10/24/07                               _____
24                                                 MARTIN J. JENKINS
                                                   United States District Judge

G:\PRO-SE\MJJ\CR.07\riches7.dsm.wpd          2