UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 2 0 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JONATHAN LEE RICHES,

Plaintiff - Appellant,

v.

CHRISTOPHER BRIDGES, a/k/a Ludacris; et al.,

Defendants - Appellees.

No. 07-17319

D.C. No. CV-07-05197-MJJ

**ORDER**

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Acting Clerk of Court

By: Corina Orozco
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 20 2008

by: Corina Orozco
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
07-17319 Riches v. Bridges, et al

JONATHAN LEE RICHES                Jonathan Lee Riches
     Plaintiff - Appellant         #40948-018
                                   [LD NTC prs]
                                   FCIW - FEDERAL CORRECTIONAL
                                   INSTITUTION (WILLIAMSBURG)
                                   P.O. Box 340
                                   Salters, SC 29590

     v.

CHRISTOPHER BRIDGES, a/k/a         No appearance
Ludacris                           No Address
     Defendant - Appellee          No Address
                                   No City,
                                   No Country

LUDACRIS MUSIC PUBLISHING INC.     No appearance
     Defendant - Appellee          (See above)

UNIVERSAL MUSIC GROUP              No appearance
     Defendant - Appellee          (See above)
```