**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number
415.522.2000

February 27, 2008

CASE NUMBER:   **CV 07-05197 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- CHRISTOPHER BRIDGES**
DATE MANDATE FILED:  5/25/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Distribution:  CIVIL      -   Counsel of Record

             CRIMINAL   -   Counsel of Record
                             U.S. Marshal (Copy of Mandate)
                             U.S. Probation Office

NDC App-16